**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                                              Case No: 20-10934-EPK
    GLENN, CHRISTOPHER                                           Chapter 13
    XXX-XX-1876
    GLENN, ROCHELLE
    XXX-XX-6314

              Debtors
_____/

**DEBTOR'S MOTION TO PAY INTEREST ON DEPARTMENT OF THE**
**TREASURY-INTERNAL REVENUE SERVICE'S PRIORITY CLAIM**

The Debtors, Christopher and Rochelle Glenn, by and through the undersigned attorney, file this Motion to Pay Interest on Department of the Treasury-Internal Revenue Service Priority Claim (POC#7) and states:

1. The Department of the Treasury-Internal Revenue Service is owed a priority tax claim as set forth in Proof of Claim#7. The Department of the Treasury-Internal Revenue Service takes the legal position that interest accrues on said amount over the Chapter 13 Plan period and that the accrued interest is non-dischargeable.

2. The accrual of said non-dischargeable interest severely hampers the Debtor's ability to effectually reorganize and jeopardizes her fresh start. Thus, the Debtor seeks to pay the Department of the Treasury/IRS <u>5.00</u>% interest on the priority claim amount as set forth in Proof of Claim#7 (or any future amendments thereto) through the Chapter 13 Plan.

3. The undersigned counsel requests attorney's fees/costs of $525.00 as a result of filing this motion.

**WHEREFORE**, the Debtor respectfully requests that this Court enter and Order: (1) allowing the Debtor to pay the Department of the Treasury/IRS 5.00% interest on any priority claim amount in Proof of Claim#7, through any Chapter 13 Plan, (including amended or modified plans); (2) approving $525.00 in attorney's fees/costs; and (3) such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Robin Weiner, Trustee, PO Box 559007, Ft. Lauderdale, FL 33355 and Office of the U.S. Trustee, 51 S.W. First Ave., Ste 1204, Miami, FL. 33130, The Department of the Treasury-Internal Revenue Service P.O. Box 7346, Philadelphia, PA. 19107-7346; Loretta E. Lynch, Attorney General of the United States: 950 Pennsylvania Ave., NW, Room 4400, Washington D.C. 20530; Hon. Wilfredo A. Ferrer, United States Attorney, Southern District of Florida: 99 NE 4th St. Miami, FL. 33132; Special Assistant United States Attorney, Associate Area Counsel (SBSE) Ft. Lauderdale, 1000 South Pine Island Road, Ste 300, Plantation, FL. 33324; Civil Process Clerk-Attorney General of the United States-Southern District of Florida, 99 NE 4 St Miami, FL. 33132; and all creditors on the attached creditor matrix this **15th** day of August 2019.

        THE PORT LAW FIRM, P.A.
        *Attorney for the Debtor(s)*
        2161 Palm Beach Lakes Blvd., Suite 202
        West Palm Beach, FL 33409
        Tel:   (561) 721-1212
        FAX: (888) 411-0092

        By:    /s/  Edward N. Port
                    Edward N. Port, Esq.
                  For The Firm
                  Florida Bar No. 988588